Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOUSER,<br><br>          Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE, FIRST ELECTRONIC BANK, NISSAN-INFINITI LT, CITIBANK, WEBBANK/DFS AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.: 2:15-cv-02364-RCJ-CWH<br><br>**JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Eric Houser and Defendant Experian information Solutions, Inc. ("Experian") move this Court to dismiss with prejudice Plaintiff's claims against Experian only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of July 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**SNELL & WILMER, LLP**

By: *Charles Gianelloni*
Bob Olson, Esq.
Charles Gianelloni, Esq.
3883 Howard Hughe Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

DATED:____ August 2, 2016  _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 6, 2016, the foregoing JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117