Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOUSER,<br><br>             Plaintiff,<br>v.<br><br>BARCLAYS BANK DELAWARE, FIRST ELECTRONIC BANK, NISSAN-INFINITI LT, CITIBANK, WEBBANK/DFS AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No.: 2:15-cv-02364-RCJ-CWH<br><br>**STIPULATION TO DISMISS DEFENDANT CITIBANK** |

1 | Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Eric
2 | Houser and Defendant Citibank ("Defendant") stipulate to dismiss with prejudice
3 | Plaintiff's claims against Defendant only.  Each party will bear its own costs,
4 | disbursements, and attorney fees.

6 | DATED this 2nd day of August 2016.

8 | Respectfully submitted,

10 | **Kazerouni Law Group, APC**

11 | By: /s/ Michael Kind
12 | Michael Kind, Esq.
13 | 7854 W. Sahara Avenue
    | Las Vegas, NV 89117
14 | *Attorneys for Plaintiff*

15 | **AKERMAN LLP**

17 | By: /s/ Rex Garner
    | Rex Garner, Esq.
18 | Bar No. 9401
    | 1160 Town Center Drive, Suite 330
19 | Las Vegas, NV 89144
20 | *Attorneys for Defendant Citibank*

21 | IT IS SO ORDERED:

23 | DATED:_ August 2, 2016    _____

25 | _____
    | UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 2, 2016, the foregoing STIPULATION TO DISMISS DEFENDANT CITIBANK was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117